Case 8:21-cr-00349-KKM-CPT

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

JAN 12 2026 PM1:35
FILED - USDC - FLMD - TPA

United States of America

v.                                    Case No 8:21-cr-349-KKM-CPT

Octavio Osuna-Osorio

ORDER

Citing Amendment 821 to the united states sentencing Guidelines, Osuna Osorio octavio moves (Doc. 193) unopposed for a reduction in sentence. Amendment 821 Part B, amends section 4C1.1, united states sentencing Guideline, to permit a TWO level decrease to a defendant's offense level if a defendant satisfies the criteria in section 4C1.1(a), including the absence of a criminal history Point under Chapter 4.

Under 18 U.S.C § 3582 (c)(2), an incarcerated defendant's prison sentence might warrant retroactive reduction if the advisory sentencing range on which the defendant's sentence was based "has subsequently been lowered by the sentencing commission ... [and] if such a reduction is consistent with applicable Policy statements issued by

the sentencing commission". Under 28 U.S.C §994(u), if the sentencing commission lowers the advisory sentencing range for a "particular offense or category of offense" the sentencing commission must "specify in what circumstance and by what amount the sentences of prisoners serving terms of imprisoment for the offense may be reduced." Section 1B1.10, united states sentencing guidelines, expressly permits a retroactive reduction for an incarcerated defendant to whom Amendment 821 applies, but any reduction cannot decrease a sentence below the time that the defendant "has already served."

Accordingly, because Amendment 821 lowers the advisory sentencing range for a defendant without, among other things, a criminal history point, Section 3582, section 994(u), and section 1B1.10 permit a reduction in an incarcerated defendant's prison term if at sentencing the defendant had no criminal history point, if the offense of conviction satisfies the criteria in section 4C1.1(a) and if a reduction is consistent with 18 U.S.C § 3553 (a).

Osuna Osono octavio was sentenced under 46 U.S.C §§ 70503 and 70506 to eighty seven months. osuna osono octavio total offense

level was thirty-three. Osuna osorio octavio was assessed no criminal history Points, and Osuna osorio octavio's criminal history was category I. Osuna osorio octavio advisory sentencing range was 135-168 months. Osuna osorio octavio received a three-level downward departure based on substantial assistance and a one-level downward variance. After the departure, osuna osorio's advisory sentencing range was 87-108 months, and osuna osorio octavio received a sentence at the bottom of the advisory range. The Bureau of Prisons reports that osuna osorio octavio projected release is.

In accord with the middle District of florida's administrative order (Doc. 115 in 3:21-mc-0001-TJC) implementing Amendment 821, the united states Probation office must submit a memorandum (1) that states whether a movant is eligible for a sentence reduction under Amendment 821 and (2), if the movant is eligible, that Proposes a new advisory sentencing range based on the decrease authorized by

Amendment 821. uspo submits a memorandum reporting that osuna osorio octavio is

eligible for a sentence reduction and reporting that a two-level decrease based on Amendment 821 reduces osuna osorio octavio offense level to thirty-one and reduce octavio osuna osorio advisory sentencing range to 108-135 months. After a three-level downward departure based on substantial assistance and a one-level downward variance (both the same departure and variance that osuna osorio octavio received at sentencing), osuna osorio octavio amended advisory sentencing range is seventy to eighty-seven months. The federal defender appears, confirms osuna osorio octavio eligibility for a reduction, and moves unopposed to reduce osuna osorio octavio sentence to seventyeight months.

Because uspo's memorandum, osuna osorio octavio motion, ussg's applicable policy statements, and the 18 u.s.c § (a) factors militate in favor of a reduction, osuna osorio octavio motion is GRANTED.